UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,					Criminal No. 04-276(7) (DSD/SRN)

    Plaintiff,

v.						O R D E R

Matias Eduardo Solis-Guerra ,

    Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections have been filed to that Report and Recommendation in the time period permitted.  Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Matias Eduardo Solis Guerra's Motion to Suppress Evidence (Doc. No. 124) is **DENIED WITHOUT PREJUDICE**; and

2. Defendant Matias Eduardo Solis Guerra's Motion to Suppress Statements (Doc. No. 127) is **DENIED WITHOUT PREJUDICE**.

Dated  December 20, 2007

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court